IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01202-PAB-MEH

SHARON A. SANTILLI,

    Plaintiff,

v.

HOME DEPOT USA, INC., and
HD DEVELOPMENT OF MARYLAND, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 16, 2011.**

    The Unopposed Motion for Entry of Stipulated Protective Order filed by Defendant Home Depot USA, Inc. [filed September 16, 2011; docket #14] is **denied without prejudice**. Pursuant to Fed. R. Civ. P. 26(c), a court may issue a protective order for good cause shown; however, Defendant has articulated no cause or reason for its request.