IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01202-PAB-MEH

SHARON A. SANTILLI,

      Plaintiff,

v.

HOME DEPOT USA, INC., and
HD DEVELOPMENT OF MARYLAND, INC.,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 3, 2011.**

      Plaintiff's Unopposed Motion for Entry of Stipulated Protective Order [filed September 29, 2011; docket #17] is **granted**.  The proposed Stipulated Protective Order is accepted, issued and filed contemporaneously with this minute order.