IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01202-PAB-MEH

SHARON A. SANTILLI,

    Plaintiff,

v.

HOME DEPOT USA, INC., and
HD DEVELOPMENT OF MARYLAND, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 7, 2011.**

    Defendant Home Depot U.S.A., Inc's[1] partially unopposed[2] Motion to Vacate Order for Settlement Conference on November 15, 2011 [filed November 4, 2011; docket #21] is **granted**. The Settlement Conference scheduled for November 15, 2011 is **vacated**.  Counsel for the parties are directed to call my Chambers at (303) 844-4507 at any time during the litigation to obtain an alternate date for the conference, should they decide a settlement conference may be productive.

---

[1] Although represented by the same counsel as Home Depot, there is no indication of Defendant HD Development of Maryland, Inc.'s position on this motion.

[2] Plaintiff filed a response to this motion on November 7, 2011; however, Defendants are reminded of their obligation to comply with D.C. Colo. LCivR 7.1A.