IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01202-PAB-MEH

SHARON A. SANTILLI,

      Plaintiff,

v.

HOME DEPOT USA, INC. and
HD DEVELOPMENT OF MARYLAND, INC.,

      Defendants.

---

## ORDER

---

      This matter is before the Court on the Joint Stipulation of Dismissal of All Claims Against Defendant HD Development of Maryland, Inc. Without Prejudice [Docket No. 25] filed by plaintiff and defendant Home Depot USA, Inc.  The Court having reviewed the stipulation, it is

      **ORDERED** that all of plaintiff's claims against defendant HD Development of Maryland, Inc. are dismissed without prejudice.

      DATED November 18, 2011.

                    BY THE COURT:

                     s/Philip A. Brimmer
                    PHILIP A. BRIMMER
                    United States District Judge